```
 YAZGK            *         INMATE EDUCATION DATA        *    02-05-2020
 PAGE 001         *             TRANSCRIPT               *    15:15:29

REGISTER NO: 43516-279    NAME..: SMITH              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAZ-YAZOO CITY FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
YAZ  ESL HAS    ENGLISH PROFICIENT           12-08-2009 1326 CURRENT
YAZ  GED EP     ENROLL GED PROMOTE W/CAUSE   07-18-2019 1849 CURRENT
YAZ  GED SAT    GED PROGRESS SATISFACTORY    05-28-2014 0001 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
YAZ        GETNG IT RIGHT,CONTRB TO COMM 01-29-2020 CURRENT
YAZ        PRE-GED 3E,M-F,1400-1330      07-18-2019 CURRENT
POM        CMPTR LAB P/GED3 12-1:30 M-F  10-01-2018 04-24-2019  P  W  I  629
POM        RPP3 CREDIT CLASS             02-14-2019 03-28-2019  P  C  P   12
POM        LIVING SOBER                  07-11-2018 01-28-2019  P  C  P   19
POM        PRE-GED1   7:30-9:30 M-F      09-07-2017 10-01-2018  C  W  I    0
POM        CUSTODIAL MAINTENANCE CLASS   10-05-2017 03-11-2018  P  C  P  103
POM        RPP3 INVESTING/INSUR          10-24-2016 04-24-2017  P  C  P   12
POM        PRE-GED3A   12:00-1:30 M-F    07-26-2017 09-07-2017  C  W  I    0
POM        RPP6 LIFE SKILLS              05-08-2017 06-12-2017  P  C  P    9
POL        PM PGED 2 C                   08-22-2013 06-24-2015  P  W  I  376
POL        PER GRWTH 7 HABITS RPP6 TUES  12-16-2014 02-17-2015  P  C  P   25
POL        ACE LGL RESCH CLASS           07-21-2014 10-20-2014  P  C  P    8
POL        HISTORY 20TH CEN.             07-13-2014 10-20-2014  P  C  P   11
POL        BASIC MATH 6:30-8:30PM        07-21-2014 10-20-2014  P  C  P   28
POL        POSITIVE THINKING             12-30-2013 04-13-2014  P  C  P   12
LEE CODE   GED 930-1130 M-F (KC)         10-19-2011 06-26-2012  C  W  V    0
LEE        RPP5 RPP ORIENTATION          10-04-2011 10-04-2011  P  C  P    1
LEE        RPP1 AIDS AWARENESS           10-04-2011 10-04-2011  P  C  P    1
CLP        GED 1230-1530 R5 MON/WED/FRI  10-05-2010 06-23-2011  C  W  I    0
CLP        RPP HEALTH/NUTRITION #1       10-20-2010 10-20-2010  P  C  P    1

---------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST       SCORE    TEST DATE    TEST FACL   FORM    STATE
GED PRAC     AVERAGE       406.0    02-08-2011   CLP         FAIL
             LIT/ARTS      410.0    12-27-2013   POL         PD      LA
             MATH          390.0    02-08-2011   CLP         PD
             SCIENCE       430.0    08-27-2012   LEE         PF      VA
             SOC STUDY     420.0    12-27-2013   POL         PD      LA
             WRITING       440.0    12-27-2013   POL         PD      LA
TABE D       BATTERY         4.9    10-07-2013   POL         10
             LANG MECH       4.6    10-07-2013   POL         10
             LANGUAGE        3.0    10-07-2013   POL         10
             MATH APPL       5.9    10-07-2013   POL         10
             MATH COMP       6.1    10-07-2013   POL         10
             READING         5.3    10-07-2013   POL         10
             SPELLING        5.7    10-07-2013   POL         10
             TOTAL MATH      6.0    10-07-2013   POL         10
             VOCABULARY      4.1    10-07-2013   POL         10

G0002      MORE PAGES TO FOLLOW . . .
```

```
 YAZGK              *        INMATE EDUCATION DATA         *    02-05-2020
PAGE 002 OF 002 *                TRANSCRIPT                *     15:15:29

REGISTER NO: 43516-279    NAME..: SMITH                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAZ-YAZOO CITY FCI

------------------------------ HIGH TEST SCORES ------------------------------
TEST            SUBTEST         SCORE      TEST DATE      TEST FACL   FORM    STATE
TABE M          BATTERY         0.0        06-13-2018     POM         9
                LANG MECH       0.0        06-13-2018     POM         9
                LANGUAGE        0.0        06-13-2018     POM         9
                MATH APPL       2.2        06-13-2018     POM         9
                MATH COMP       4.5        06-13-2018     POM         9
                READING         9.9        06-13-2018     POM         9
                SPELLING        0.0        06-13-2018     POM         9
                TOTAL MATH      3.1        06-13-2018     POM         9
                VOCABULARY      0.0        06-13-2018     POM         9




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```



## Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 01513923
Team Date: 05-09-2019

Plan is for inmate: SMITH, LARRY DONNELL   43516-279

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 02-13-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 12-15-2011 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 10-12-2018 |
| NR COMP | NRES DRUG TMT/COMPLETE | 01-28-2019 |
| NR FAIL | NRES DRUG TMT/FAIL | 06-18-2015 |
| NR INCMP | NRES DRUG TMT/INCOMPLETE | 11-21-2016 |

### FRP Details
Most Recent Payment Plan

**FRP Assignment:** COMPLT   FINANC RESP-COMPLETED   Start: 09-15-2014
**Inmate Decision:** AGREED   $50.00   Frequency: QUARTERLY
Payments past 6 months:   $0.00   Obligation Balance: $0.00

### Financial Obligations
| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details
Trust Fund Deposits - Past 6 months:  $0.00          Payments commensurate ?   N/A
New Payment Plan:   ** No data **

### Progress since last review
Inmate Smith arrived at this facility on 04-24-2019.

### Next Program Review Goals
The Unit Team recommends completing Believe and Achieve by November 2019.

### Long Term Goals
The Unit Team recommends completing the GED program prior to release.

### RRC/HC Placement

### Comments
** No notes entered **